JUDGE JONES

08 CV 6693

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
PELINI MARITIME S.A.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
Andrew J. Warner (AW-5534)

RECEIVED
JUL 28 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PELINI MARITIME S.A.

                    Plaintiff,

          v.

BELORUSSIAN SHIPPING CO. a/k/a BELORUSIAN
SHIPPING CO., a/k/a JSC BELARUSSIAN SHIPPING
COMPANY a/k/a JOINT STOCK COMPANY
BELARUSSIAN SHIPPING COMPANY a/k/a
BELARUSSIAN SHIPPING COMPANY a/k/a
BELORUSSIAN SHIPPING COMPANY, EURASIA
SHIPPING AND PORT SERVICES, LLP, and
LAKEPARK EXPERTS LIMITED
                    Defendants.
-----------------------------------------------------------X

08 CV 6693 (BSJ)

**STATEMENT PURSUANT TO F.R.C.P. 7.1**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, PELINI MARITIME S.A., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
      July 28, 2008

                                    CHALOS, O'CONNOR & DUFFY, LLP
                                    Attorneys for Plaintiff,
                                    PELINI MARITIME S.A.

By: _____
                                    Owen F. Duffy (OD-3144)
                                    Andrew J. Warner (AW-5534)
                                    366 Main Street
                                    Port Washington, New York 11050
                                    Tel:  (516) 767-3600
                                    Fax:  (516) 767-3605