CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ONEGO SHIPPING & CHARTERING B.V.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
Andrew J. Warner (AW-5534)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07 28 08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PELINI MARITIME S.A.

                Plaintiff,

      v.

BELORUSSIAN SHIPPING CO. a/k/a BELORUSIAN
SHIPPING CO., a/k/a JSC BELARUSSIAN SHIPPING
COMPANY a/k/a JOINT STOCK COMPANY
BELARUSSIAN SHIPPING COMPANY a/k/a
BELARUSSIAN SHIPPING COMPANY a/k/a
BELORUSSIAN SHIPPING COMPANY, EURASIA
SHIPPING AND PORT SERVICES, LLP, and
LAKEPARK EXPERTS LIMITED
                Defendants.
------------------------------------------------------------------X

08 CV _____ (___)

**ORDER APPOINTING A SPECIAL PROCESS SERVER**

    An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 28th day of July, 2008, and good cause having been shown, it is hereby

    **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on

account of, the Defendants, BELORUSSIAN SHIPPING CO, a/k/a BELORUSIAN SHIPPING CO., a/k/a JSC BELARUSSIAN SHIPPING COMPANY a/k/a JOINT STOCK COMPANY BELARUSSIAN SHIPPING COMPANY a/k/a BELARUSSIAN SHIPPING COMPANY a/k/a BELORUSSIAN SHIPPING COMPANY, EURASIA SHIPPING AND PORT SERVICES, LLP, and LAKEMARK EXPERTS LIMITED.

Dated: New York, New York
       July 28, 2008

SO ORDERED:

_____
U. S. D. J.